UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

R. TODD SCANLON, DMD                                                                   PLAINTIFF

V.                                                                        CA NO. 3:16-cv-410-DPJ-FKB

NORTH HILLS DENTAL ASSOCIATES, LLC                                          DEFENDANT

ORDER GRANTING PLAINTIFF'S MOTION TO TAKE EXAMINATION
OF DEFENDANT / JUDGMENT DEBTOR

There has come on for hearing on this date the Motion of Plaintiff, R. Todd Scanlon, DMD, ("Plaintiff") for an order, pursuant to Fed. R. Civ. P. 69(a) and Miss. Code Ann. §§ 13-1-261, *et seq.*, scheduling the examination of the Defendant/Judgment Debtor, North Hills Dental Associates, LLC, ("Defendant/Judgment Debtor") who is a judgment debtor to Plaintiff in the above-styled civil action. The Court, being fully advised in the premises, hereby ORDERS as follows:

1.     Plaintiff is entitled to examine the Defendant/Judgment Debtor, North Hills Dental Associates, LLC, at **10:00 A.M.** on **September 20, 2017,** at the law offices of Charles W. Wright, Jr., PLLC, 1208 22nd Avenue, Meridian, Lauderdale County, Mississippi.

2.     Defendant/Judgment Debtor, North Hills Dental Associates, LLC, shall produce at said time and date the following documents:

   A.     Any and all documents evidencing joint or individual ownership by Defendant/Judgment Debtor, of any property, whether real, personal or otherwise, including, but not limited to, warranty deed(s) conveying property to and from Defendant/Judgment Debtor, whether jointly or individually, within the last five years, and deed(s) of trust on said properties;

   B.     All certificates of title relating to the joint or individual ownership by

    Defendant/Judgment Debtor or any motor vehicle of any type;

  C. Federal and State income tax returns for the last two (2) years, including both jointly filed and separately filed returns;

  D. All bank statements and check registers for bank accounts in the name of the Defendant/Judgment Debtor, and all in which Defendant/Judgment Debtor may have any interest or in which the Defendant/Judgment Debtor, may be authorized to write checks or withdraw funds at the present time;

  E. Any correspondence and all legal documents relating to the conveyance, gift and any other method of disposal of property by Defendant/Judgment Debtor, to any person or entity within the last five years;

  F. Any and all of Defendant/Judgment Debtor, of deposit, savings accounts, time certificates and notes receivable of any kind or nature and from any party or person whomsoever;

  G. Any and all judgments rendered against the Defendant/Judgment Debtor, and any and all money judgments in favor of the Defendant/Judgment Debtor, which has not been satisfied;

  H. All financial statements and reports prepared by or for the Defendant/Judgment Debtor for the past two (2) years.

  I. All profit and loss statements prepared by or for the Defendant/Judgment Debtor for the past two (2) years.

3. IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant/Judgment Debtor, North Hills Dental Associates, LLC, is to appear at the law offices of Charles W. Wright, Jr., PLLC, 1208 22nd Avenue, Meridian, Lauderdale County, Mississippi, at **10:00 a.m. on September 20, 2017**, for an examination as a judgment debtor, and directing Defendant/Judgment Debtor, North Hills Dental Associates, LLC, to produce at the examination the documents specified in paragraph two (2) above. Plaintiff is to serve a copy of this Order on Defendant, either through personal service or Certified Mail (including a return receipt) no later than 14 days prior to the scheduled examination on **September 20, 2017**. Plaintiff must then file a copy

of the Proof of Service with the Court using the CM/ECF system.

    SO ORDERED, this the 24th day of July, 2017.

                                   /s/ F. Keith Ball
                              **UNITED STATES MAGISTRATE JUDGE**